Donald DEVENS, Appellant,

v.

## DIVISION OF EMPLOYMENT SECURITY, Respondent.

### No. WD 70102.

Missouri Court of Appeals,
Western District.

March 24, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 2009.

Donald Devens, Smithville, pro se.

Marilyn G. Green, Jefferson City, MO, for respondent.

Before DIV I: AHUJA, P.J., LOWENSTEIN, J. and NEWTON, C.J.

### ORDER

PER CURIAM.

Donald Devens appeals a Labor and Industrial Relations Commission's decision which denied his claim for unemployment compensation benefits.

As a published opinion in this case would be without precedential value, a memorandum explaining the court's reasoning has been provided to the parties. Judgment affirmed. Rule 84.16(b).